UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MICHAEL WAYNE MOORE,
         Plaintiff,
    v.
JAMES B. BENNETTE, GEORGE E.
CURRIE, JOSEPH LIGHTSEY, RICHARD
T. JONES, TONIA RODGERS,
         Defendants.

**Judgment in a Civil Case**

Case Number: 5:03-CT-762-BO

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for consideration of the defendants' motions for summary judgment.

**IT IS ORDERED AND ADJUDGED** that defendants' motions for summary judgment are granted and this matter is hereby dismissed.

This Judgment Filed and Entered on March 24, 2011, with service on:
Michael Wayne Moore 0289998, Central Prison, 1300 Western Blvd., Raleigh, NC 27606 (via U.S. Mail) and Yvonne Bulluck Ricci, Elizabeth Pharr McCullough, Kelly Elizabeth Street (via CM/ECF Notice of Electronic Filing).

March 24, 2011                                         /s/ Dennis P. Iavarone
                                                            Clerk

Raleigh, North Carolina